UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

D<span></span>EMETRIC THOMPKINS,

        Plaintiff,               Case No. 2:21-cv-5

v.                                                Honorable Paul L. Maloney

REBECCA HORROCKS,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated:   January 29, 2021                  /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                               United States District Judge